## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **JUANITA WALKER** and **TINA MCKNIGHT** on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action File No. 4:15-cv-183-CDL |
| **RKJ AND SONS, LLC** d/b/a **SUBWAY** and **ROBERT JONES**, | ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

COME NOW, Plaintiffs and Defendants herein, and show that the terms of the Settlement Agreement (Doc. 43-1) have been fully performed. Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Defendants hereby dismiss the above-styled civil action **WITH PREJUDICE**. Each party to pay its own fees, expenses, and costs.

Respectfully submitted this 6th day of July, 2016.

| | |
|---|---|
| */s John L. Mays* | *s/ Bradley T. Adler* |
| John L. Mays | Bradley T. Adler |
| Georgia Bar No. 986574 | Georgia Bar No. 005525 |
| Dustin L. Crawford | Amanda M. Cash |
| Ga Bar No. 758916 | Georgia Bar. No. 406807 |
| Mays & Kerr LLC | Freeman Mathis & Gary, LLP |
| 235 Peachtree Street NE | 100 Galleria Parkway |
| North Tower, Suite 202 | Suite 1600 |
| Atlanta, Georgia 30303 | Atlanta, Georgia  30339-5948 |
| (T) 404-410-7998 | (T)  770.818.0000 |
| (F) 404-855-4066 | (F)  770.937.9960 |
| (E) john@maysandkerr.com | (E)  badler@fmglaw.com |
| (E) dustin@maysandkerr.com | (E)  acash@fmglaw.com |
| | |
| **Counsel for Plaintiffs** | **Counsel for Defendants** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **JUANITA WALKER and** | ) | |
| **TINA MCKNIGHT** on behalf of | ) | |
| themselves and others similarly | ) | |
| situated, | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action File No.** |
| | ) | **4:15-cv-183-CDL** |
| **RKJ AND SONS, LLC d/b/a** | ) | |
| **SUBWAY and ROBERT** | ) | |
| **JONES,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

John L. Mays
Mays & Kerr LLC
235 Peachtree Street NE
North Tower, Suite 202
Atlanta, Georgia 30303

This 6th day of July, 2016.

                                     **FREEMAN MATHIS & GARY, LLP**

                                     */s/ Bradley T. Adler*
                                     Bradley T. Adler
                                     Georgia Bar No. 005525